# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

Randall Snyder,

        Plaintiff,

vs.

Precision Air Heating & Cooling, LLC,

        Defendant.

Case No. 2:23-cv-00246-CDS-VCF

**ORDER**

MOTION FOR LEAVE TO FILE DOCUMENT [ECF NO. 8]

---

Per Federal Rule of Civil Procedure 15(a)(1) the complaint may be amended once as of right within the earlier of: (A) 21 days after service of a responsive pleading –or– (B) 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier. Fed. R. Civ. P. 15(a)(1).

After the time to amend as of right has expired, the plaintiff may amend its complaint only with the opposing party's written consent or leave of court. Before the deadline for amending pleadings set in the scheduling order, the court should freely give leave when justice so requires. Fed. R. Civ. P. 15(a)(2). On February 21, 2023, plaintiff served the complaint on the defendant. ECF No. 6. On March 23, 2023, plaintiff moved to amend per Rule 15(a)(2). ECF No. 8.

ACCORDINGLY,

I ORDER that plaintiff's motion for leave to file an amended complaint (ECF No. 8) is GRANTED. Plaintiff has until Friday, April 28, 2023 to file the amended complaint on the docket.

IT IS SO ORDERED.

DATED this 21st day of April 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE